**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Oregon**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Heritage Specialty Foods, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2538554 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6433 SE Lake Rd. | PO Box 301277 |
| Number     Street | Number     Street |
| | P.O. Box |
| Portland          OR    97222 | Portland          OR    97294 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Clackamas County | |
| County | Number     Street |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.heritagespecialtyfoods.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3119

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When _____ Case number _____
                                    MM / DD / YYYY

              District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____ Relationship _____

         District _____ When _____
                                           MM / DD / YYYY

         Case number, if known _____

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
               Number       Street

               _____

               _____  _____  _____
               City                 State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/23/2023
MM / DD / YYYY

✖ /s/ Shane Hendren                          Shane Hendren
Signature of authorized representative of debtor      Printed name

Title  President & CEO

**18. Signature of attorney**

✖ /s/ Stephen Raher                  Date  06/23/2023
Signature of attorney for debtor            MM / DD / YYYY

Stephen Raher
Printed name

Leonard Law Group LLC
Firm name

4110 SE Hawthorne Blvd. PMB #506
Number        Street

Portland                              OR        97214-5246
City                                  State     ZIP Code

9716340190                            sraher@llg-llc.com
Contact phone                         Email address

095625                                OR
Bar number                            State

---

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals  12/15

---

**Part 1:  Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................

    $ 3,543,966.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................

    $ 5,623,849.49

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ...............................................

    $ 9,167,815.49

---

**Part 2:  Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

    $ 3,298,856.51

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

    $ 5,405.94

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................

    +$ 4,087,902.53

4. **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b

    $ 7,392,164.98

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Zions Bancorporation, N.A. dba The Commerce Bank of Oregon 1 S. Main St. Salt Lake City, UT, 84133 | | Monies Loaned / Advanced | | 3,960,020.00 | 3,150,173.00 | 809,847.00 |
| 2 | Fisher Construction Group, Inc. 625 Fisher Ln Burlington, WA, 98233 | 360-757-4094 info@fishercgi.com | Damages incurred due to landlord breach of lease | Disputed Contingent | | | 425,191.00 |
| 3 | Cody Staffing 18291 N Pima Rd Ste 110-389 Scottsdale, AZ, 85255 | 360-718-7443 brittany@codystaffing.com | temporary labor | | | | 219,036.57 |
| 4 | MedoSweet Farm , Inc P.O. Box 749 Kent, WA, 98035-0749 | 503-719-5215 bryanf@medosweet.com | Suppliers or Vendors | | | | 171,852.03 |
| 5 | Fill Tech Inc 11401 Belcher Road S 230 Largo, FL, 33773 | 727-572-8550 | Suppliers or Vendors | | | | 101,250.00 |
| 6 | Dustin D. Lewis 4292 SE Augusta Loop Gresham, OR, 97080 | 503-830-4901 dustin@ddlit.com | Services | | | | 99,799.66 |
| 7 | Morasch's Meats 4050 NE 158th Ave. Portland, OR, 97230 | | Suppliers or Vendors | | | | 88,865.70 |
| 8 | Nates Fine Food 8880 Industrial Ave, Ste 100 Roseville, CA, 95678 | 916-742-6700 nate@natesfinefoods.com | Suppliers or Vendors | | | | 79,582.08 |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | GLISS 10998 SW 68th Pkwy Portland, OR, 97223-8691 | 503-719-5962 jamie@general-lbr.com | Suppliers or Vendors | | | | 68,803.93 |
| 10 | Alpine Food Distributing , Inc. P.O.Box 22529 Milwaukie, OR, 97269 | 503-230-2883 mmullennix@alpinefoods.com | Suppliers or Vendors | | | | 58,432.95 |
| 11 | Garden Fresh Foods Inc 14316 NE 203rd St Woodinville, WA, 98072 | 425-483-5467 mark@gardenfreshfoods.com | Suppliers or Vendors | | | | 51,356.40 |
| 12 | Amcor Plastics 24815 Network Pl. Chicago, IL, 60673-1248 | Jon Pietsch 888-800-5734 jon.pietsch@amcor.com | Suppliers or Vendors | | | | 49,165.70 |
| 13 | Columbia Corrugated Box 12777 SW Tualatin-Sherwood Rd Tualatin, OR, 97062 | 503-692-3344 johnb@ccbox.com | Suppliers or Vendors | | | | 46,900.86 |
| 14 | Fra' Mani Handcrafted Foods 1311 8th St. Berkeley, CA, 94710 | 510-526-7000 | Suppliers or Vendors | | | | 43,657.18 |
| 15 | TCI Business Capital c/o NW Employment Solutions P.O. Box 9149 Minneapolis, MN, 55480-9149 | kasey@nwesjobs.com | Temporary staffing services | | | | 40,153.76 |
| 16 | Woodland Foods 3751 Sunset Ave. Waukegan, IL, 60087 | 847-693-7559 cswets@woodlandfoods.com | Suppliers or Vendors | | | | 40,019.61 |
| 17 | Beginright 3708 NE 122nd Ave Portland, OR, 97230 | tbell@beginright.com | Services | | | | 38,847.10 |
| 18 | Boa Logistics 6041 Bristol Pkwy, Ste 100 Culver City, CA, 90230 | 310-751-6003 vquevedo@boalogistics.com | Services | | | | 37,531.80 |
| 19 | Santiam Ice Company 17823 S. Nestle Ln Oregon City, OR, 97045 | 503-679-2422 | Suppliers or Vendors | | | | 37,530.00 |
| 20 | Walter E Nelson Co. 5937 N. Cutter Circle Portland, OR, 97217 | 503-285-3037 customerservice@walterenelson.com | Suppliers or Vendors | | | | 37,410.60 |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 1 6 4 8 | $ 2,000.00 |
| 3.2. See continuation sheet | | | $ 2,164.25 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 4,164.25 |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Landlord security deposit | $ 92,217.00 |
| 7.2. _____ | $ _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Deposit for purchase of pouch machine (PakSource Global) _____ $ 224,225.00

8.2. See continuation sheet _____ $ 232,862.65

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ 549,304.65

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 844,467.80 <br> face amount | − 0.00 <br> doubtful or uncollectible accounts | = ........➜   $ 844,467.80 |
| 11b. Over 90 days old: | 0.00 <br> face amount | − 0.00 <br> doubtful or uncollectible accounts | = ........➜   $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 844,467.80

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

| | | | |
|---|---|---|---|
| 15.1. Heritage Logistics Company, LLC | 80.00 % | _____ | $ Unknown |
| 15.2. Semya, LLC | 38.00 % | _____ | $ Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $ 0.00

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> Ingredients | 04/17/2023 <br> MM / DD / YYYY | $ 1,016,284.71 | Cost | $ 1,016,284.71 |
| **20. Work in progress** <br> Work in progress | 04/17/2023 <br> MM / DD / YYYY | $ 41,866.99 | Labor cost | $ 41,866.99 |
| **21. Finished goods, including goods held for resale** <br> Packaged food | 04/17/2023 <br> MM / DD / YYYY | $ 35,009.84 | Labor cost | $ 35,009.84 |
| **22. Other inventory or supplies** <br> Packaging materials | 04/17/2023 <br> MM / DD / YYYY | $ 217,635.25 | Cost | $ 217,635.25 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,310,796.79

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value 401,404.94    Valuation method Cost    Current value 401,404.94

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office furniture & computers | $ 52,985.00 | _____ | $ Unknown |
| **40. Office fixtures**<br>Group of servers, switches, firewalls, battery backups, server racks & assorted network & IT equipment | $_____ | FMV | $ 15,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ | |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 15,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2020 Mazda | $ 13,200.00 | Book | $ 13,200.00 |
| 47.2 ProMaster Van | $ | Debtor's est of FMV | $ 9,000.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 1,252,050.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 1,274,250.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Tenant improvements | Tenant improvements | $ 3,543,966.00 | Book | $ 3,543,966.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 3,543,966.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Recipes and formulations (trade secrets) created by the Debtor | $_____ | | Unknown<br>$_____ |
| **61. Internet domain names and websites** | $_____ | | $_____ |
| **62. Licenses, franchises, and royalties**<br>See Schedule A/B Part 10, Question 62 Attachment | $_____ | | Unknown<br>$_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | | $_____ |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____  —  _____  = ➜  $_____
                              Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Employee retention credit (4th qtr 2020 through 2d qtr 2021)          Tax year  2020-21   $ 1,161,866.00

_____          Tax year  _____  $_____

_____          Tax year  _____  $_____

73. **Interests in insurance policies or annuities**

_____          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Claim against landlord          $ 450,000.00

**Nature of claim**    Breach of lease

**Amount requested**   $ 450,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Potential claim against supplier          $ Unknown

**Nature of claim**    under investigation

**Amount requested**   $ 0.00

76. **Trusts, equitable or future interests in property**

          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Trail Blazers season tickets          $ 14,000.00

_____          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 1,625,866.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,164.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 549,304.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 844,467.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,310,796.79 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,274,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 3,543,966.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,625,866.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 5,623,849.49 | + 91b. $ 3,543,966.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... 9,167,815.49    $ 9,167,815.49

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

Commerce Bank of Oregon      Money Market              5211

Balance: 2,164.25

Commerce Bank of Oregon      Checking                  5122

Balance: 0.00

Commerce Bank of Oregon      Checking                  5130
(payroll acct)

Balance: 0.00

US Bank                      Checking

Balance: Unknown

Commerce Bank of Oregon      Checking                  5652

Balance: Unknown


**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Deposit for purchase of rotary machine    $33,750.00
(Fill Tech)

Miscellaneous prepaid expenses            $100,264.17

Employee advances                         $3,713.28

Prepaid inventory & freight               $95,135.20


**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 2022 STARRCO SS3000 16'x20'x10' modular office w/man doors, windows & furniture | FMV | 10,000.00 |
|---|---|---|
| Tray line to include: VideoJet 1220 coder, 2017 FORTRESS SC-CONV-72S SHD14-BSA metal detector, WEXXAR WFPS top & bottom case taper, outfeed flex conveyor | FMV | Unknown |
| 2021 EASTEY ET1610-48 heat tunnel | | Unknown |

## Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| CROWN SX3000-30 3,000 lb cap. walk behind stacker, s/n:10337583 | FMV | 3,500.00 |
| 2022 RITE-HITE Fastrax high speed roll up warehouse door | FMV | 13,500.00 |
| 2022 STARRCO SS3000 16'x20'x10' modular office w/man doors, windows & furniture | FMV | 10,000.00 |
| Miscellaneous hoses, fittings, totes, bins, lockers, supplies | FMV | 36,300.00 |
| BIRO G58483 meat mixer grinder on casters | FMV | 5,500.00 |
| SPX/WAUKESHA portable shear pump w/transfer p | FMV | 20,000.00 |
| SIMPLEX cart mounted pneumatic filler | FMV | 5,000.00 |
| Group of (4) AAA METAL FAB TSK-150 160 gallon tilting steam kettles (s/n:2340) | FMV | 60,000.00 |
| BEMIS/PROPAC LiquiFlex AV2.2HF vertical fill form seal, machine (s/n:4390) | FMV | 145,000.00 |
| Group of (4) AAA METAL FAB TSK-150 160 gallon tilting steam kettles (s/n:2260) | FMV | 60,000.00 |
| BEMIS/PROPAC LiquiFlex AV2.2HF vertical fill form seal, machine (s/n:4394) | FMV | 145,000.00 |
| 2018 HYSTER W45Z-HD 4,500 lb | FMV | 2,250.00 |

## Continuation Sheet for Official Form 206 A/B

cap. electric
pallet jack ,
s/n:A419N1405S

| | | |
|---|---|---|
| 2014 PREFERRED PACKAGING HS-280-2 horizontal filling line | FMV | 40,000.00 |
| 2017 OMNI IDX ISH282-DLX-SV horizontal filling line (s/n:SSVR2330717) | FMV | 60,000.00 |
| 2017 CLEVELAND KGL-80-T 80 gallon tilting steam kettle (s/n:53670) | FMV | 12,500.00 |
| NETHER 5 hp cart mounted transfer pump, VSD | FMV | 12,500.00 |
| Chilling system to include: (6) 550 gallon product tanks, (1) 1,100 gallon poly mixing tank, AGC PRO2SH heat exchanger, (2) filters, (2) transfer pumps, piping, controls, catwalk | FMV | 9,000.00 |
| Group of (4) CLEVELAND/AAA METAL FAB 80 gallon tilting steam kettles | FMV | 40,000.00 |
| Group of (20) AAA METAL FAB custom built S/S dip baskets | FMV | 50,000.00 |
| 2017 CEIA THS/PLMS21 liquid metal detector | FMV | 9,500.00 |
| NETHER 5 hp cart mounted transfer pump | FMV | 12,500.00 |
| Group of (2) SPANCO 1 ton cap. 360 degree cap. floor mounted jib cranes | FMV | 19,000.00 |

## Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| Chilling system to include: (20) 550 gallon poly product tanks, (2) 1,100 gallon poly mixing tanks, (3) AGC PRO2SH heat exchangers, (2) filters, (4) transfer pumps, piping, controls | FMV | 26,000.00 |
| Group of (2) 2017 COLD SHOT CHILLERS ACWC-240-EM water chillers, s/n's:M062217-3; M041020-2 | FMV | 40,500.00 |
| Cup line to include: FRM-1120LD vertical band sealer, VideoJet 1210 coder, 2014 FORTRESS SC-CONV-72S SHD14-SBA metal detector, S/S accumulator, S/S table, WEXXAR BEL-150 top & bottom case taper, outfeed flex conveyor | FMV | 22,500.00 |
| SCP ST600 inline top & side labeler, s/n:317940417 | FMV | 9,500.00 |
| Two CROWN WP3000-45 4,500 lb cap. electric pallet jacks, s/n:10245310; s/n:10367994 | FMV | 4,500.00 |
| SCHULZ SRP-4025 25 hp rotary screw air compressor w/horizontal receiver tank & MIKROPOR SDE-US-115 air dryer | FMV | 8,500.00 |
| Group of (4) CLEVELAND KGL-80-T 80 gallon tilting | FMV | 40,000.00 |

## Continuation Sheet for Official Form 206 A/B

steam kettles

| | | |
|---|---|---|
| TENNANT T500 walk behind floor machine w/charger, Hrs:23 | FMV | 5,000.00 |
| 2022 CLEAVER BROOKS ClearFire-IT CFH-700 60 hp skid mounted natural gas steam boiler, FALCON controls, FSV-65, s/n:6010142 | FMV | 70,000.00 |
| Two COLD SHOT CHILLERS ACWC-240-EM skid mounted water chiller, s/n:M030315-5; s/n:M121222-3 | FMV | 45,000.00 |
| Group of case tapers, mixer/grinder, smoker, kettle, food dicers, jacketed tank, CIP machine, S/S 3-compartment sinks, flex conveyors, hopper, mixer. Coolers & misc. kitchen supplies | FMV | 49,000.00 |
| 2022 MARATHON V6030HD 60"x30" hydraulic cardboard baler, s/n:51636682 | FMV | 12,500.00 |
| SULLIVAN Palatek C-15 15 hp rotary screw air compressor w/MIKROPOR SDE-US-65 air dryer & vertical receiver tank, s/n:15D201512 | FMV | 6,500.00 |
| Group of (3) CLEVELAND KET12TP tilting steam kettles | FMV | 18,000.00 |
| 2014 GENIE GS-2632 | FMV | 7,000.00 |

## Continuation Sheet for Official Form 206 A/B

**26' electric scissor lift, non marking ties, Hrs:426**

| | | |
|---|---|---|
| **R&D equipment (3-door cooler, single door freezer, tray racks, sealer, S/S tables, carts, sinks & misc. kitchen supplies)** | **FMV** | 11,000.00 |
| **Wash room equipment (bins, tables, tubs, pans, and cooking supplies)** | **FMV** | 6,500.00 |
| **Prep kitchen equipment (tables, scales, food processors, wire racks, carts, sink, bins, miscellaneous)** | **FMV** | 9,000.00 |
| **Fabrication equipment (tables, welder, saw, curtains, drill press, etc.)** | **FMV** | 4,000.00 |
| **Miscellaneous pallet jacks, pallet racks, and other storage equipment** | **FMV** | 76,000.00 |
| **Kyocera copiers** | | Unknown |

Heritage Specialty Foods, LLC
Schedule A/B, Part 10, Question 62 – Attachment

Debtor holds the following licenses, none of which are believed to have independent monetary value:

- U.S. Dept. of Agriculture PACA License
- Oregon Dept. of Agriculture License AG-L1085306AFP (animal food processor)
- Oregon Dept. of Agriculture License AG-L1007628FP (food processing establishment)
- Oregon Dept. of Agriculture License AG-L1082151NSP (non-slaughtering processor)
- California Dept. of Public Health pet food processor license
- Texas pet food license
- Oregon Dept. of Consumer & Business Services Boiler License - Permit #125122.

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>BFG Corporation | **Describe debtor's property that is subject to a lien**<br>CROWN SX3000-30 3,000 lb cap. walk behind stacker, s/n:10337583 | $ Undetermined | $ 3,500.00 |

**Creditor's mailing address**

2801 Lakeside Dr.

Suite 212, Deerfield, IL 60015

**Creditor's email address, if known**

_____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Creditor's name**<br>The Huntington National Bank | **Describe debtor's property that is subject to a lien**<br>2021 EASTEY ET1610-48 heat tunnel | $Undetermined | $Unknown |

**Creditor's mailing address**
1405 Xenium Lane North
PCC180, Minneapolis, MN 55441

**Creditor's email address, if known**

_____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,298,856.51

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|-------------|---------------------|---|----------|----------|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
U.S. Small Business Administration

**Creditor's mailing address**

10737 Gateway West
#300, El Paso, TX 79935

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien

$148,683.51     $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
Zions Bancorporation, N.A. dba The Commerce Bank of Oregon

**Creditor's mailing address**

1 S. Main St.
Salt Lake City, UT 84133

**Creditor's email address, if known**

Jason.Ogg@tcboregon.com

**Date debt was incurred** 04/09/2015

**Last 4 digits of account number** various

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Inventory, accounts, equipment & general intangibles

$3,150,173.00     $3,150,173.00

**Describe the lien**

Line of credit, equipment loans, and guaranty liabilities. Secured claim limited to value of collateral with unsecured portion reported on schedule F.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Merrick Garland, Atty General<br>950 Pennsylvania Ave., NW<br>Washington, DC, 20530 | Line 2. 3 | _____ |
| Natalie Wight, U.S. Atty, Dist. of Oregon<br>1000 SW Third Ave.<br>Suite 600<br>Portland, OR, 97204 | Line 2. 3 | _____ |
| Tara Schleicher<br>121 SW Morrison St., 11th Floor<br>Portland, OR, 97204 | Line 2. 4 | _____ |
| U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, DC, 20416 | Line 2. 3 | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

Fill in this information to identify the case:

Debtor     Heritage Specialty Foods, LLC

United States Bankruptcy Court for the:   District of Oregon

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
IRS
PO Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is:   $ 0.00     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2**   Priority creditor's name and mailing address
ODR - Attn: Bankruptcy Unit
955 Center St NE
Salem, OR, 97301

As of the petition filing date, the claim is:   $ 0.00     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3**   Priority creditor's name and mailing address
Regular payroll as detailed in first-day payroll
motion

As of the petition filing date, the claim is:   $ Undetermined     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.⁴ Priority creditor's name and mailing address**

Washington State Dept. of Revenue
2101 4th Ave., Ste. 1400
Attn: Bankruptcy Unit
Seattle, WA, 98121

Total claim $5,405.94    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

| Debtor | Heritage Specialty Foods, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
AAA Engineering LLC
10824 SE Oak, Ste. 118

Milwaukie, OR, 97222-6694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 273.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Aflac

Columbus, GA, 31999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee benefits

$ 73.68

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Airgas USA
259 N. Radnor-Chester Rd.
Wayne, PA, 19087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 350.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Alexis Foods
215 SE Stark St.

Portland, OR, 97214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,347.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
All Star Labor & Staffing
8100 SW Nyberg St.

Tualatin, OR, 97062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** temporary labor

$ 20,886.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Alpenrose Dairy
6149 SW Shattuck Rd

Portland, OR, 97221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,911.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Alpine Food Distributing , Inc.
P.O.Box 22529

Milwaukie, OR, 97269

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 58,432.95

---

**3.8** Nonpriority creditor's name and mailing address

Amcor Plastics
24815 Network Pl.

Chicago, IL, 60673-1248

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49,165.70

---

**3.9** Nonpriority creditor's name and mailing address

American Express National Bank
115 W. Towne Ridge Pkwy.

Sandy, UT, 84070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,577.49

---

**3.10** Nonpriority creditor's name and mailing address

Apple Foods
444 SE Caruthers St

Portland, OR, 97214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,422.23

---

**3.11** Nonpriority creditor's name and mailing address

ARAMARK
P.O. Box 101179

Pasadena, CA, 91189-0005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,975.22

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⁱ²   Nonpriority creditor's name and mailing address

ASA Trading Company
2300 Polvorosa Ave.

San Leandro, CA, 94577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,872.02

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ¹³   Nonpriority creditor's name and mailing address

B&B Print Source
9040 SW Burnham St.

Tigard, OR, 97223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 412.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ¹⁴   Nonpriority creditor's name and mailing address

Bakemark USA  LLC
PO Box 845449

Los Angeles, CA, 90084-5449

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,023.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ¹⁵   Nonpriority creditor's name and mailing address

Beginright
3708 NE 122nd Ave

Portland, OR, 97230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 38,847.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ¹⁶   Nonpriority creditor's name and mailing address

Bell Flavors & Fragrances

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 506.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Black's Pest Services
22975 Bland Cir.
West Linn, OR, 97068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,050.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.18** Nonpriority creditor's name and mailing address

Boa Logistics
6041 Bristol Pkwy, Ste 100

Culver City, CA, 90230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 37,531.80

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.19** Nonpriority creditor's name and mailing address

Boxes2Business
10778 SW Manhasset Dr

Tualatin, OR, 97062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 199.75

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.20** Nonpriority creditor's name and mailing address

Carson Oil Co.
3125 NW 35th Ave
Portland, OR, 97210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,953.92

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.21** Nonpriority creditor's name and mailing address

Charlie's Produce- Portland
P.O. Box 24606

Seattle, WA, 98124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,480.83

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

Choi's Kimchi Co
19510 NE San Rafael St

Portland, OR, 97230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 1,190.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Clackamas Garbage Co., Inc
13203 SE 172Nd Ave. Ste 166 #763

Happy Valley, OR, 97086-8738

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

**$ 1,329.08**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Classic Foods
817 NE Medrona St.

Portland, OR, 97211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 9,385.26**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

Clinkscales Portable Toilets
421 W Main St.
Molalla, OR, 97038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 179.75**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Cody Staffing
18291 N Pima Rd Ste 110-389

Scottsdale, AZ, 85255

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: temporary labor

**$ 219,036.57**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 27  **Nonpriority creditor's name and mailing address**

Cold Shot Chillers
2730 Maximilian Dr

Houston, TX, 77032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24,737.50

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Colony Products
1931 W Park Ave.

Redlands, CA, 92373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,563.20

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Columbia Corrugated Box
12777 SW Tualatin-Sherwood Rd

Tualatin, OR, 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46,900.86

---

**3.** 30  **Nonpriority creditor's name and mailing address**

Comcast Business Communications, LLC
1701 John F. Kennedy Blvd.

Philadelphia, PA, 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,084.81

---

**3.** 31  **Nonpriority creditor's name and mailing address**

Conan's Hot Sauces & Marinades, LLC
15911 NE 83rd

Vancouver, WA, 98682

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 675.00

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Corfini Meat & Seafood-Vendor
11040 SW Myslony St., Ste 100

Tualatin, OR, 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,010.21

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.33** Nonpriority creditor's name and mailing address

Custom Blending Solutions/Nana's Kitchen
1313 Old Bay Rd.
Mchenry, IL, 60051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,012.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.34** Nonpriority creditor's name and mailing address

Dale Madden
P.O. Box 68

Maupin, OR, 97037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 4,770.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.35** Nonpriority creditor's name and mailing address

Dempsey Corporation
47 Davies Ave.
Toronto, ON M4M 2A9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,463.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.36** Nonpriority creditor's name and mailing address

Diamond Marketing
P.O. Box 2759

Bell, CA, 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 7,858.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

DSM Pharmaceuticals
3927 Collection Center Drive

Chicago, IL, 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33,688.00

---

**3.38** Nonpriority creditor's name and mailing address

Dustin D. Lewis
4292 SE Augusta Loop

Gresham, OR, 97080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 99,799.66

---

**3.39** Nonpriority creditor's name and mailing address

Earthly Gourmet
2143 SE Lafayette St

Portland, OR, 97202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,890.00

---

**3.40** Nonpriority creditor's name and mailing address

Element Materials Technology
12003 NE Ainsworth Circle, Ste. 105
Portland, OR, 97220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,235.03

---

**3.41** Nonpriority creditor's name and mailing address

EPackageSupply.com
2401 William L Brooks Dr

Evansville, IN, 47725

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,408.00

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42 Nonpriority creditor's name and mailing address**

Ernest Packaging Solutions
3099 NE 170th Pl

Portland, OR, 97230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,838.40

---

**3.43 Nonpriority creditor's name and mailing address**

Evergreen Refreshments
1217 SW 7th St., Ste 110

Renton, WA, 98057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,090.45

---

**3.44 Nonpriority creditor's name and mailing address**

Fill Tech Inc
11401 Belcher Road S 230

Largo, FL, 33773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 101,250.00

---

**3.45 Nonpriority creditor's name and mailing address**

Fisher Construction Group, Inc.
625 Fisher Ln
Burlington, WA, 98233

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Damages incurred due to landlord breach of lease

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 425,191.00

---

**3.46 Nonpriority creditor's name and mailing address**

Flavorchem
271 Calle Pintoresco

San Clemente, CA, 92672

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 399.47

Case 23-31308-pcm11    Doc 1    Filed 06/23/23

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.47** Nonpriority creditor's name and mailing address

FoodGuys
P.O. Box 3823

Seattle, WA, 98124-3823

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,408.47

---

**3.48** Nonpriority creditor's name and mailing address

Fra' Mani Handcrafted Foods
1311 8th St.
Berkeley, CA, 94710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 43,657.18

---

**3.49** Nonpriority creditor's name and mailing address

Garden Fresh Foods Inc
14316 NE 203rd St

Woodinville, WA, 98072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 51,356.40

---

**3.50** Nonpriority creditor's name and mailing address

Geffen Mesher & Company, P.C.
P.O. Box 4691

Portland, OR, 97208-4691

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,500.00

---

**3.51** Nonpriority creditor's name and mailing address

Gillco Ingredients
P.O. Box 841455

Los Angeles, CA, 90084-1455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,250.00

Case 23-31306-pcm11   Doc 1   Filed 06/23/23

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

GLISS
10998 SW 68th Pkwy

Portland, OR, 97223-8691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 68,803.93

---

**3.53** Nonpriority creditor's name and mailing address

Go Roam Free Inc.
577 Wilks Gulch Rd

Hot Springs, MT, 59845

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 13,289.74

---

**3.54** Nonpriority creditor's name and mailing address

Grainger
P.O. Box 419267

Kansas City, MO, 64141-6267

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 606.86

---

**3.55** Nonpriority creditor's name and mailing address

Harris and Ford
9307 East 56th St

Indianapolis, IN, 46216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 296.00

---

**3.56** Nonpriority creditor's name and mailing address

HealthEquity
15 W. Scenic Pointe Dr., Ste 100

Draper, UT, 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 5,888.67

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57 Nonpriority creditor's name and mailing address**

Heidi Ho Foods
7864 SE 15th Ave.

Portland, OR, 97202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,693.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58 Nonpriority creditor's name and mailing address**

Heidi K Lovig
7864 SE 15th Ave.

Portland, OR, 97202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 23,751.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59 Nonpriority creditor's name and mailing address**

Heritage Logistics Company, LLC
P.O. Box 301277

Portland, OR, 97294

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt owed to affiliate

$ 624,839.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60 Nonpriority creditor's name and mailing address**

Higher Taste
P.O. Box 313

Gaston, OR, 97119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,440.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61 Nonpriority creditor's name and mailing address**

Hygiena
1801 W Olympic Blvd

Pasadena, CA, 91199-2007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,844.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Ideal Sales & Services Inc.
28642 S Hult Rd.
Beavercreek, OR, 97004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,087.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

J & D Refrigerated Services
P.O. Box 1605

Clackamas, OR, 97015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,882.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Kemin Nutrisurance
4017 Paysphere Circle

Chicago, IL, 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,217.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Kettle Cuisine
17711 NE Riverside Pkwy
Portland, OR, 97230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 14,154.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

KOOL PAK LLC, c/o Tab Bank
P.O. Box 150335

Ogden, UT, 84415-0335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,863.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Los Roast LLC
6635 N Baltimore Ave., Ste 40

Portland, OR, 97203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,984.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

LTS Sales
P.O. Box 29053

Washington, DC, 20017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,864.15

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Mark Ryan Wineries

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,292.80

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

McIlhenny Company / Hael Sales
P.O. Box 679507

Dallas, TX, 75267-9507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,380.15

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

MedoSweet Farm , Inc
P.O. Box 749

Kent, WA, 98035-0749

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171,852.03

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Heritage Specialty Foods, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address
Meridian Scale
8702 South 222nd St

Kent, WA, 98031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 778.00

**3.73** Nonpriority creditor's name and mailing address
Metal Fabrication
14305 SW Millikan Way

Beaverton, OR, 97005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,185.70

**3.74** Nonpriority creditor's name and mailing address
Metro Safety & Fire, Inc
P.O. Box 33650

Portland, OR, 97292-3650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 852.00

**3.75** Nonpriority creditor's name and mailing address
MN Certification , LLC
P.O. Box 7410296

Chicago, IL, 60674-0296

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,421.18

**3.76** Nonpriority creditor's name and mailing address
Morasch's Meats
4050 NE 158th Ave.

Portland, OR, 97230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 88,865.70

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** **Nonpriority creditor's name and mailing address**

Nates Fine Food
8880 Industrial Ave, Ste 100

Roseville, CA, 95678

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 79,582.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

National Frozen Food
606 Oakesdale Ave SW, Ste C201

Renton, WA, 98057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 20,518.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

Nether Industries
1633 Commerce St

Enumclaw, WA, 98022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,202.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

Next Phase
4020 East Indian School Rd

Phoenix, AZ, 85018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** commissions

$ 35,240.53

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**

NorthWest Handling Systems
18008 NE Airport Way

Portland, OR, 97230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,343.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 23-31306-dwh11    Doc 1    Filed 06/23/23

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.82** Nonpriority creditor's name and mailing address

Oregon Dept of Consumer & Business Affairs
c/o Ellen Rosenblum, Atty General
1162 Court St. NE
Salem, OR, 97301-4096

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 112.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.83** Nonpriority creditor's name and mailing address

Oregon Spice Company
5441 NE 148th Ave, Ste 101

Portland, OR, 97230-3456

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,212.51

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.84** Nonpriority creditor's name and mailing address

Oregon Tilth
P.O. Box 368

Corvallis, OR, 97339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 734.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.85** Nonpriority creditor's name and mailing address

Orient Electric Inc
30532 SE Bluff Rd

Gresham, OR, 97080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,763.59

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.86** Nonpriority creditor's name and mailing address

Pacific Coast Fruit Company
P.O. Box 1659

Portland, OR, 97207

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,528.75

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Pacific Food Distributors
P.O. Box 2810

Clackamas, OR, 97015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,143.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.88** Nonpriority creditor's name and mailing address

Pak West Paper & Packaging
4042 W. Garry Ave

Santa Ana, CA, 92704-6300

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,313.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.89** Nonpriority creditor's name and mailing address

PermaCold Engineering, Inc.
2945 NE Argyle St

Portland, OR, 97211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 864.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.90** Nonpriority creditor's name and mailing address

Persing Professional Group, LLC
660 Sierra Rose Dr., Ste A

Reno, NV, 89511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.91** Nonpriority creditor's name and mailing address

Platt Electric
P.O. Box 418759

Boston, MA, 02241-8759

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,461.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Heritage Specialty Foods, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Robert Slezak
16946 SW Wilsonville Rd.

Wilsonville, OR, 97070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 90.00

---

**3.93** Nonpriority creditor's name and mailing address

Rose's Equipment & Supply, Inc.
207 SE Clay St

Portland, OR, 97214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,176.24

---

**3.94** Nonpriority creditor's name and mailing address

SAIF Corp.
2 Centerpointe Dr., Ste 400
Lake Oswego, OR, 97035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,789.15

---

**3.95** Nonpriority creditor's name and mailing address

Santiam Ice Company
17823 S. Nestle Ln

Oregon City, OR, 97045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37,530.00

---

**3.96** Nonpriority creditor's name and mailing address

Semya LLC
PO Box 301277

Portland, OR, 97294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: debt owed to affiliate

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 97** Nonpriority creditor's name and mailing address

Sensient Colors LLC

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,024.38

---

**3. 98** Nonpriority creditor's name and mailing address

Sensitech
P.O. Box 742000

Los Angeles, CA, 90074-2000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 395.00

---

**3. 99** Nonpriority creditor's name and mailing address

Shane Hendren
6433 SE Lake Rd.

Milwaukie, OR, 97222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,414.50

---

**3. 100** Nonpriority creditor's name and mailing address

Silva Sausage
5935 Rossi Ln

Gilroy, CA, 95020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,700.00

---

**3. 101** Nonpriority creditor's name and mailing address

Soup Bases Loaded
2355 E Francis St

Ontario, CA, 91761

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,573.13

Case 23-31306-dwh11   Doc 1   Filed 06/23/23

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

Southeastern Mills dba Summit Hill Foods
P.O. Box 743056

Atlanta, GA, 30374-3056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,540.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

SP Provisions
2331 NW 23rd Ave.

Portland, OR, 97210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,294.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

Speedy Septic
P.O. Box 297

Eagle Creek, OR, 97022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,419.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

Spice Jungle
10451 Northland Dr. NE

Rockford, MI, 49341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,994.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Supherb Farms
P.O. Box 7739

San Francisco, CA, 94120-7739

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,698.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 23-31308 Document 1 Filed 06/23/23

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.107 Nonpriority creditor's name and mailing address**

Sysco Portland , Inc.
P.O. Box 2210

Wilsonville, OR, 97070

**As of the petition filing date, the claim is:** $ 1,006.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 Nonpriority creditor's name and mailing address**

T.Marzetti Company
380 Polaris Pkwy, Ste. 400

Westerville, OH, 43082

**As of the petition filing date, the claim is:** $ 21,767.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.109 Nonpriority creditor's name and mailing address**

Taylor Made Labels
P.O. Box 1000 Dept. 148

Memphis, TN, 38148-0148

**As of the petition filing date, the claim is:** $ 31,797.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.110 Nonpriority creditor's name and mailing address**

TCI Business Capital
c/o NW Employment Solutions
P.O. Box 9149
Minneapolis, MN, 55480-9149

**As of the petition filing date, the claim is:** $ 40,153.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Temporary staffing services

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 Nonpriority creditor's name and mailing address**

Toyota Financial Services
P.O. Box 22171

Tempe, AZ, 85285

**As of the petition filing date, the claim is:** $ 795.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✔ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

Trouw Nutrition
115 Executive Dr

Highland, IL, 62249

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,248.32

---

**3.113** Nonpriority creditor's name and mailing address

ULINE
P.O. Box 88741

Chicago, IL, 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,753.56

---

**3.114** Nonpriority creditor's name and mailing address

USDA-Food Safety & Inspection Svc
P.O. Box 979001

St. Louis, MO, 63197-9001

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,160.07

---

**3.115** Nonpriority creditor's name and mailing address

Victoria Pacific Trading Corp
12780 Schabarum Ave

Irwindale, CA, 91706

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32,701.38

---

**3.116** Nonpriority creditor's name and mailing address

Vita-Pakt Citrus Products Company
4825 Calloway Dr., Ste. 102

Bakersfield, CA, 93312

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,543.14

Case 23-31306-mvl11   Doc 1   Filed 06/23/23

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.117** **Nonpriority creditor's name and mailing address**

Walter E Nelson Co.
5937 N. Cutter Circle

Portland, OR, 97217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 37,410.60

---

**3.118** **Nonpriority creditor's name and mailing address**

Waste Management of Oregon
P.O. Box 541065

Los Angeles, CA, 90054-1065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 352.79

---

**3.119** **Nonpriority creditor's name and mailing address**

Wells Fargo Bank, NA
101 N. Phillips Ave.

Sioux Falls, SD, 557104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 597.96

---

**3.120** **Nonpriority creditor's name and mailing address**

Wells Fargo Equipment Finance, Inc.
600 South 4th St., 10th Floor
MAC N9300-100
Minneapolis, MN, 55415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 337.62

---

**3.121** **Nonpriority creditor's name and mailing address**

Wessco
211 NE Columbia Blvd

Portland, OR, 97211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,490.00

---

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Western Boxed Meat
2401 NE Argyle St.

Portland, OR, 97211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,695.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

Willis Marketing
4041 Ruston Way, Ste 201

Tacoma, WA, 98402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** commissions

$ 31,145.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

Woodland Foods
3751 Sunset Ave.

Waukegan, IL, 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,019.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

Zions Bancorporation, N.A. dba The Commerce
Bank of Oregon
1 S. Main St.
Salt Lake City, UT, 84133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,033.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

Zions Bancorporation, N.A. dba The Commerce
Bank of Oregon
1 S. Main St.
Salt Lake City, UT, 84133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 809,847.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | IRS<br>Attn: Attorney General of United States<br>950 Pennsylvania Ave. NW<br>Washington, DC, 20530 | Line 2.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | IRS<br>Attn: Civil Process Clerk U.S. Attorney, District of Oregon<br>1000 SW 3rd, #600<br>Portland, OR, 97204 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.3. | ODR c/o Ellen Rosenblum, Attorney General<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR, 97301 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.4. | Platt Electric<br>10605 SW Allen Blvd.<br>Beaverton, OR, 97005 | Line 3.91<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

| Debtor | Heritage Specialty Foods, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 5,405.94 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,087,902.53 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,093,308.47 |

Debtor name  Heritage Specialty Foods, LLC

United States Bankruptcy Court for the: District of Oregon

Case number (If known): _____    Chapter  11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2021 Ford F-150<br>Lessee | Kendall Ford, Inc.<br>344 Goodpasture Island Rd.<br>Eugene, OR, 97401 |
| | State the term remaining | 13 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2021 Ford Expedition Max<br>Lessee | Kendall Ford, Inc.<br>344 Goodpasture Island Rd.<br>Eugene, OR, 97401 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Wessco self-contained compactor<br>Lessee | Wessco<br>211 NE Columbia Blvd.<br>Portland, OR, 97211 |
| | State the term remaining | 49 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Ekko electric pallet jack IK15A-3300<br>(Lease No. 301-0238126-001)<br>Lessee | Wells Fargo Equipment Finance, Inc.<br>600 South 4th St., 10th Floor<br>Minneapolis, MN, 55415 |
| | State the term remaining | 35 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Eastey automatic sealer combo<br>Lessee | Regents Capital Corp.<br>3200 Bristol St., Ste. 400<br>Costa Mesa, CA, 92626 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Kyocera copiers (Lease #450-9683801-001) Lessee<br><br>53 months | Wells Fargo Equipment Finance, Inc.<br>600 South 4th St., 10th Floor<br>Minneapolis, MN, 55415 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IR45351i printer (Lease No. 603-0238126-000) Lessee<br><br>39 months | Wells Fargo Equipment Finance, Inc.<br>600 South 4th St., 10th Floor<br>Minneapolis, MN, 55415 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Additional notice party for vehicle leases<br>Lessee | Ford Motor Credit Company LLC<br>c/o CT Corp. System<br>780 Commercial St. SE, Ste 100<br>Salem, OR, 97301 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Commercial property lease. Arrearage = 168,790.88.<br>Lessee<br><br>14 years | Portland Industrial Owner LLC<br>10260 SW Greenburg Rd.<br>Suite 170<br>Portland, OR, 97223 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2022 Toyota Highlander<br>Lessee<br><br>19 months | Ron Tonkin Toyota<br>PO Box 4102<br>Carol Stream, IL, 60197-4102 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Racking equipment<br>Lessee<br><br>51 months | Byline Financial<br>BIN 88205<br>Attn: Accts Receivable<br>Milwaukee, WI, 52388-8205 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2023 Freightliner refrigerated truck<br>Lessee<br><br>62 months | Penske<br>PO Box 7429<br>Pasadena, CA, 91109-7429 |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Lori Hendren | 16946 SW Wilsonville Rd. Wilsonville, OR 97070 | Portland Industrial Owner LLC | ☐ D ☐ E/F ☑ G |
| 2.2 Semon Kharif | 16946 SW Wilsonville Rd. Wilsonville, OR 97070 | Portland Industrial Owner | ☐ D ☐ E/F ☑ G |
| 2.3 Heritage Logistics Co | P.O. Box 301277 Portland, OR 97294 | Portland Industrial Owner | ☐ D ☐ E/F ☑ G |
| 2.4 Semon Kharif | 16946 SW Wilsonville Rd. Wilsonville, OR 97070 | U.S. Small Business Adm | ☑ D ☐ E/F ☐ G |
| 2.5 Semon Kharif | 16946 SW Wilsonville Rd. Wilsonville, OR 97070 | Zions Bancorporation, N.A | ☑ D ☐ E/F ☐ G |
| 2.6 Lori Hendren | 16946 SW Wilsonville Rd. Wilsonville, OR 97070 | Zions Bancorporation, N.A | ☑ D ☐ E/F ☐ G |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to<br><span>MM / DD / YYYY</span> | Filing date | ☑ Operating a business<br>☐ Other | $ 6,852,613.42 |
| **For prior year:** | From 01/01/2022 to<br><span>MM / DD / YYYY</span> | 12/31/2022<br><span>MM / DD / YYYY</span> | ☑ Operating a business<br>☐ Other | $ 20,012,542.71 |
| **For the year before that:** | From 01/01/2021 to<br><span>MM / DD / YYYY</span> | 12/31/2021<br><span>MM / DD / YYYY</span> | ☑ Operating a business<br>☐ Other | $ 15,245,572.68 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to<br><span>MM / DD / YYYY</span> | Filing date | Miscellaneous income | $ 46.79 |
| **For prior year:** | From 01/01/2022 to<br><span>MM / DD / YYYY</span> | 12/31/2022<br><span>MM / DD / YYYY</span> | Miscellaneous income | $ 71,730.98 |
| **For the year before that:** | From 01/01/2021 to<br><span>MM / DD / YYYY</span> | 12/31/2021<br><span>MM / DD / YYYY</span> | PPP loan forgiveness | $ 485,497.00 |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| Debtor | Heritage Specialty Foods, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | All Star Labor & Staffing<br>Creditor's name<br>8100 SW Nyberg St.<br>Tualatin, OR 97062 | 03/31/2023 | $ 9,574.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Other__ |
| 3.2. | American Express National Bank<br>Creditor's name<br>115 W. Towne Ridge Pkwy.<br>Sandy, UT 84070 | 04/03/2023<br>03/27/2023<br>03/20/2023<br>03/03/2023 | $ 24,277.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Credit Card Debt__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Heritage Logistics Company, LLC<br>Insider's name<br>PO Box 301277<br>Wilsonville, OR 97070 | | $ 1,405,892.77 | Intercompany reimbursements (dates of payment: 10/2/22, 12/9/22, 12/31/22, 3/8/23) |
| | **Relationship to debtor**<br>Affiliate | | | |
| 4.2. | Semya, LLC<br>Insider's name<br>6433 SE Lake Rd.<br>Portland, OR 97222 | 6/15/2022<br>11/17/2022<br>02/20/2023 | $ 279,445.68 | Rent ($70,000) and interest ($209,445.68). |
| | **Relationship to debtor**<br>Affiliate | | | |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Cystic Fibrosis Foundation<br>Recipient's name | Cash donation | 9/2021 | $2,500.00 |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor**<br>none | | | |
| 9.2. | Oregon Food Bank<br>Recipient's name | Cash donation | 10/2021 | $450.00 |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor**<br>none | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Chiller damaged at former leased premises. | 33,275.00 | 9/2022 | $43,275.00 |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Clyde A. Hamstreet & Associates | | 05/2023 | $ as disclosed in employment app |
| | **Address** | | | |
| | One SW Columbia St., Ste. 1575 Portland, OR 97258 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | As disclosed in employment application | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Leonard Law Group, LLC | | Apr -Jun 2023 | $ 80,000.00 |
| | **Address** 4110 SE Hawthorne Blvd., PMB 506 Portland, OR 97214 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Semya, LLC paid $10,000; Semon Kharif paid $20,000; remainder paid by Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 10527 NE Sandy Blvd.<br>Portland, OR 97220 | From 4/2008    To 9/2021 |
| 14.2. | From _____    To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Heritage Specialty Foods 401(k) Plan _____ | EIN: _____ |

Has the plan been terminated?

☒ No

☐ Yes

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Heritage Logistics Company, LLC<br>Name<br>8830 SE Herbert Ct.<br>Clackamas, OR 97015<br><br>Address | | Former storage space of affiliated company | ☑ No<br>☐ Yes |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various customers<br>Name | | Debtor holds various recipes and formulations (trade secrets) owned by customers, used by Debtor subj to NDAs. | $ 0.00 |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Heritage Logistics Company, LLC
Name
6433 SE Lake Rd.
Portland, OR 97222 | logistics | EIN: 47-5259974
**Dates business existed**
From 10/07/2015  To _____ |
| 25.2. | Semya, LLC
Name
6433 SE Lake Rd.
Portland, OR 97222 | Property leasing | EIN: _____
**Dates business existed**
From 03/19/2019  To _____ |
| 25.3. | See Attached SOFA Part 13, Question 25
Name | | EIN: _____
**Dates business existed**
From _____  To _____ |

---

Case 23-31368-pcm11  Doc 1  Filed 06/23/23

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Geffen Mesher & Co.<br>Name<br>888 SW 5th Ave., Ste. 800, Portland, OR 97204 | From 01/01/2020<br>To _____ |
| **26a.2.** _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Geffen Mesher & Co.<br>Name<br>888 SW 5th Ave., Ste. 800, Portland, OR 97204 | From 01/01/2020<br>To _____ |
| **26b.2.** _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Clyde A. Hamstreet & Associates<br>Name<br>One SW Columbia St., Ste. 1575, Portland, OR 97258 | |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Persing Professional Group, LLC
          _____
          Name
          660 Sierra Rose Dr., Ste. A, Reno, NV 89511

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    Commerce Bank of Oregon
          _____
          Name
          1 S. Main St., Salt Lake City, UT 84133

| Name and address |
|---|

26d.2.    Celtic Capital
          _____
          Name
          10011 Bridgeport Way SW, Ste 1500-208, Lakewood, WA 98499

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Andrew Harris | _____ | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.     Heritage Specialty Foods
          _____
          Name

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
     Name

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Semon Kharif | 6433 SE Lake Rd., Portland, OR 97222 | Member | 28.59 |
| Irina Kharif | 6433 SE Lake Rd., Portland, OR 97222 | Member | 16.09 |
| Lori Hendren | 6433 SE Lake Rd., Portland, OR 97222 | Member | 44.68 |
| Shane Hendren | 6433 SE Lake Rd., Portland, OR 97222 | Member | 5.32 |
| Svetlana Slezak | 6433 SE Lake Rd., Portland, OR 97222 | Member | 5.32 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Alec Hendren | 10,000.00 | 05/04/2023 | Guaranteed payment |
| Name | | | |
| 6630 NE Mason St. | | | |
| Portland, OR 97218 | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| Employee & shareholder of affiliate | | _____ | |

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

| | Name and address of recipient | 139,000.00 | _____ | Monthly salary of $13,000, reduced to $11,000 in April 2023. |
|---|---|---|---|---|
| 30.2 | Shane Hendren | | _____ | |
| | Name | | | |
| | 6433 SE Lake Rd. | | _____ | |
| | Portland, OR 97222 | | | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Heritage Specialty Foods 401(k) Plan | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/23/2023
               MM / DD / YYYY

✖ /s/ Shane Hendren                                      Printed name   Shane Hendren
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President & CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Case 23-31368-pcm11    Doc 1    Filed 06/23/23

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| ARAMARK, P.O. Box 101179, Pasadena, CA 91189-0005 | $18,296.06 | Suppliers or vendors |
| Alpenrose Dairy, 6149 SW Shattuck Rd, Portland, OR 97221 | $24,787.38 | Suppliers or vendors |
| Alexis Foods, 215 SE Stark St., Portland, OR 97214 | $9,339.21 | Suppliers or vendors |
| Alpine Food Distributing, Inc., P.O.Box 22529, Milwaukie, OR 97269 | $161,771.79 | Suppliers or vendors |
| Boa Logistics, 6041 Bristol Pkwy, Ste 100, Culver City, CA 90230 | $20,000.00 | Services |
| Clackamas Garbage Co., Inc, 13203 SE 172Nd Ave. Ste 166 #763, Happy Valley, OR 97086-8738 | $21,235.10 | Other |
| Garden Fresh Foods Inc, 14316 NE 203rd St, Woodinville, WA 98072 | $56,266.40 | Suppliers or vendors |
| Taylor Made Labels, P.O. Box 1000 Dept. 148, Memphis, TN 38148-0148 | $20,823.24 | Suppliers or vendors |
| Cody Staffing, 18291 N Pima Rd Ste 110-389, Scottsdale, AZ 85255 | $42,977.67 | Other |
| Dustin D. Lewis, 4292 SE Augusta Loop, Gresham, OR 97080 | $8,487.20 | Services |
| MedoSweet Farm , Inc, P. O. Box 749, Kent, WA 98035-0749 | $157,463.48 | Suppliers or vendors |
| Walter E Nelson Co., 5937 N. Cutter Circle, Portland, OR 97217 | $19,056.83 | Suppliers or vendors |
| Ernest Packaging Solutions, 3099 NE 170th Pl, Portland, OR 97230 | $8,139.73 | Suppliers or vendors |
| J & D Refrigerated Services, P.O. Box 1605, Clackamas, OR 97015 | $25,698.50 | Other |
| Zions Bancorporation, N. | $54,130.45 | Credit card debt |

## Continuation Sheet for Official Form 207

A. dba The Commerce Bank
of Oregon, 1 S. Main St.,
 Salt Lake City, UT 84133

| | | |
|---|---|---|
| Morasch's Meats, 4050 NE 158th Ave., Portland, OR 97230 | $163,695.98 | Suppliers or vendors |
| DSM Pharmaceuticals, 3927 Collection Center Drive, Chicago, IL 60693 | $8,400.00 | Other |
| Soup Bases Loaded, 2355 E Francis St, Ontario, CA 91761 | $26,245.66 | Suppliers or vendors |
| Zions Bancorporation, N. A. dba The Commerce Bank of Oregon, 1 S. Main St., Salt Lake City, UT 84133 | $51,442.96 | Secured debt |
| Apple Foods, 444 SE Caruthers St, Portland, OR 97214 | $12,182.52 | Suppliers or vendors |
| Columbia Corrugated Box, 12777 SW Tualatin-Sherwood Rd, Tualatin, OR 97062 | $9,414.90 | Suppliers or vendors |
| Zions Bancorporation, N. A. dba The Commerce Bank of Oregon, 1 S. Main St., Salt Lake City, UT 84133 | $284,014.12 | Monies loaned / advanced |
| GLISS, 10998 SW 68th Pkwy, Portland, OR 97223-8691 | $14,256.17 | Suppliers or vendors |
| Oregon Spice Company, 5441 NE 148th Ave, Ste 101, Portland, OR 97230-3456 | $12,601.08 | Suppliers or vendors |
| Pacific Food Distributors, P.O. Box 2810, Clackamas, OR 97015 | $21,353.12 | Suppliers or vendors |
| Pak West Paper & Packaging, 4042 W. Garry Ave, Santa Ana, CA 92704-6300 | $24,344.64 | Suppliers or vendors |
| TCI Business Capital, c/o NW Employment Solutions P.O. Box 9149, Minneapolis, MN 55480-9149 | $20,783.98 | Other |
| Beginright, 3708 NE | $10,752.93 | Services |

## Continuation Sheet for Official Form 207

122nd Ave, Portland, OR
97230

Amcor Plastics, 24815        $21,383.99            Suppliers or vendors
Network Pl., Chicago, IL
60673-1248

SAIF Corp., 2               $18,180.79            Other
Centerpointe Dr., Ste
400, Lake Oswego, OR
97035

Supherb Farms, P.O. Box     $9,103.07             Suppliers or vendors
7739, San Francisco, CA
94120-7739

Blue Buffalo - Vendor       $19,931.96
Florida Foods Pro, 2231
W CR 44, Eustis, FL 32726

Multnomah County Tax        $9,005.90
Collector, PO Box 2716,
Portland, OR 97208

Muzzi Family Farms, 38-A     $9,912.00
Bluff Rd., Moss Landing,
CA 95039

Precision Graphics of       $28,152.57
Oregon, 13945 SW
Galbreath Dr., Sherwood,
OR 97140

Artctic Commercial          $11,918.00
Refrigeration,

Batory Foods West,          $10,809.47

Byline Financial Group,     $8,899.15

Elwood Staffing Services,   $10,635.35
 PO Box 124, Columbus,
IN 47202-1024

Club Demonstration          $62,251.62
Services, Inc.,

iFi Gourmet,                $13,249.65

IMCD US Foods Inc., Dept    $12,521.16
CH19514, Palatine, IL
60055-9514

Mazda Financial Services,   $999.10

Phillips Gourmet, Inc.,     $22,110.00
1011 Kaolin Rd., Kennett
Square, PA 19348

## Continuation Sheet for Official Form 207

**Portland Industrial**        $296,525.71
**Owner, LLC, c/o Specht**
**Properties 10260 SW**
**Greenburg Rd., Ste 170,**
**Portland, OR 97223**

**Regence BlueCross**          $81,537.70
**BlueShield, PO Box 2597,**
**Portland, OR 97208**

**Savory Creations**           $13,505.20
**International,**

**Former employee -**          $14,000.00
**settlement of employment**
**claim,**


**9) Certain Gifts and Charitable Contributions**

**Various**          **, Portland,     Date Given:    $65,605.00      Date Given**
                     **OR**                                          **(Other):**


**26d) Creditors**

**Sallyport Commercial Finance, LLC**          **2303 W. Commodore Way, Ste 208,**
                                               **Seattle, WA 98199**

**General Mills / Blue Buffalo**

**ABL Lenders**                                **c/o TradeCap Partners, 6060 N. Central**
                                               **Expy, Ste 500, Dallas, TX 75206**

**Northrim Funding Services**                  **(503) 407-1780**


**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Svetlana Slezak**

**6433 SE Lake Rd.**
**Portland, OR 97222**

**Amount of money or description: $117,000.00**

**Reason: Monthly salary of $11,000, reduced to $9,000 in April 2023.**

**---**

**Name and Address:**

**Lori Hendren**

**6433 SE Lake Rd.**
**Portland, OR 97222**

## Continuation Sheet for Official Form 207

**Amount of money or description: $74,400.00**

**Reason: Monthly draws of $8000 in 2022, increasing to $9,200 in Feb. 2023.**

**---**

**Name and Address:**

**Semon Kharif**

**6433 SE Lake Rd.**
**Portland, OR 97222**

**Amount of money or description: $83,096.16**

**Reason: Mr. Kharif received monthly salary (of $8,000 and increasing to $9,200 on February 2023) totaling $74,400 during the reporting period. During the same period he received an additional $8,696.16 in lease payments for a vehicle that the Debtor leases from Mr. Kharif.**

**---**

Heritage Specialty Foods, LLC
Statement of Financial Affairs, Part 13, Question 25.3 – Attachment

<u>Business name and address</u>: NuCulture, LLC (**"NuCulture"**), 6433 SE Lake Rd., Milwaukie, OR 97222

According to the Corporation Division of the Oregon Secretary of State, NuCulture was organized in 2013.

In 2022 and 2023, the Debtor made a series of payments (totaling approximately $38,586) to satisfy certain obligations of NuCulture. In consideration of these payments, the entire membership interest in NuCulture was assigned to the Debtor in December 2022, with the intent that such interest would be divided and assigned to Lana Slezak and Shane Hendren as part of their compensation for services rendered to the Debtor. Ms. Slezak and Mr. Hendren are currently NuCulture's members of record, as reflected in the Secretary of State's records; however, the Debtor has not finalized the accounting entries necessary to correctly reflect the transaction.

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/23/2023
MM / DD / YYYY

✖ /s/ Shane Hendren
Signature of individual signing on behalf of debtor

Shane Hendren
Printed name

President & CEO
Position or relationship to debtor

AAA Engineering LLC
10824 SE Oak, Ste. 118
Milwaukie, OR 97222-6694

Aflac
Columbus, GA 31999

Airgas USA
259 N. Radnor-Chester Rd.
Wayne, PA 19087

Alexis Foods
215 SE Stark St.
Portland, OR 97214

All Star Labor & Staffing
8100 SW Nyberg St.
Tualatin, OR 97062

Alpenrose Dairy
6149 SW Shattuck Rd
Portland, OR 97221

Alpine Food Distributing , Inc.
P.O.Box 22529
Milwaukie, OR 97269

Amcor Plastics
24815 Network Pl.
Chicago, IL 60673-1248

American Express National Bank
115 W. Towne Ridge Pkwy.
Sandy, UT 84070

Apple Foods
444 SE Caruthers St
Portland, OR 97214

ARAMARK
P.O. Box 101179
Pasadena, CA 91189-0005

ASA Trading Company
2300 Polvorosa Ave.
San Leandro, CA 94577

B&B Print Source
9040 SW Burnham St.
Tigard, OR 97223

Bakemark USA  LLC
PO Box 845449
Los Angeles, CA 90084-5449

Beginright
3708 NE 122nd Ave
Portland, OR 97230

BFG Corporation
2801 Lakeside Dr.
Suite 212
Deerfield, IL 60015

Black's Pest Services
22975 Bland Cir.
West Linn, OR 97068

Boa Logistics
6041 Bristol Pkwy, Ste 100
Culver City, CA 90230

Boxes2Business
10778 SW Manhasset Dr
Tualatin, OR 97062

Byline Financial
BIN 88205
Attn: Accts Receivable
Milwaukee, WI 52388-8205

Carson Oil Co.
3125 NW 35th Ave
Portland, OR 97210

Charlie's Produce- Portland
P.O. Box 24606
Seattle, WA 98124

Choi's Kimchi Co
19510 NE San Rafael St
Portland, OR 97230

Clackamas Garbage Co., Inc
13203 SE 172Nd Ave. Ste 166 #763
Happy Valley, OR 97086-8738

Classic Foods
817 NE Medrona St.
Portland, OR 97211

Clinkscales Portable Toilets
421 W Main St.
Molalla, OR 97038

Cody Staffing
18291 N Pima Rd Ste 110-389
Scottsdale, AZ 85255

Cold Shot Chillers
2730 Maximilian Dr
Houston, TX 77032

Colony Products
1931 W Park Ave.
Redlands, CA 92373

Columbia Corrugated Box
12777 SW Tualatin-Sherwood Rd
Tualatin, OR 97062

Comcast Business Communications, LLC
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Conan's Hot Sauces & Marinades, LLC
15911 NE 83rd
Vancouver, WA 98682

Corfini Meat & Seafood-Vendor
11040 SW Myslony St., Ste 100
Tualatin, OR 97062

Custom Blending Solutions/Nana's Kitchen
1313 Old Bay Rd.
Mchenry, IL 60051

Dale Madden
P.O. Box 68
Maupin, OR 97037

Dempsey Corporation
47 Davies Ave.
Toronto, ON M4M 2A9
CANADA,

Diamond Marketing
P.O. Box 2759
Bell, CA 90201

DSM Pharmaceuticals
3927 Collection Center Drive
Chicago, IL 60693

Dustin D. Lewis
4292 SE Augusta Loop
Gresham, OR 97080

Earthly Gourmet
2143 SE Lafayette St
Portland, OR 97202

Element Materials Technology
12003 NE Ainsworth Circle, Ste. 105
Portland, OR 97220

EPackageSupply.com
2401 William L Brooks Dr
Evansville, IN 47725

Ernest Packaging Solutions
3099 NE 170th Pl
Portland, OR 97230

Evergreen Refreshments
1217 SW 7th St., Ste 110
Renton, WA 98057

Fill Tech Inc
11401 Belcher Road S 230
Largo, FL 33773

Fisher Construction Group, Inc.
625 Fisher Ln
Burlington, WA 98233

Flavorchem
271 Calle Pintoresco
San Clemente, CA 92672

FoodGuys
P.O. Box 3823
Seattle, WA 98124-3823

Ford Motor Credit Company LLC
c/o CT Corp. System
780 Commercial St. SE, Ste 100
Salem, OR 97301

Fra' Mani Handcrafted Foods
1311 8th St.
Berkeley, CA 94710

Garden Fresh Foods Inc
14316 NE 203rd St
Woodinville, WA 98072

Geffen Mesher & Company, P.C.
P.O. Box 4691
Portland, OR 97208-4691

Gillco Ingredients
P.O. Box 841455
Los Angeles, CA 90084-1455

GLISS
10998 SW 68th Pkwy
Portland, OR 97223-8691

Go Roam Free Inc.
577 Wilks Gulch Rd
Hot Springs, MT 59845

Grainger
P.O. Box 419267
Kansas City, MO 64141-6267

Harris and Ford
9307 East 56th St
Indianapolis, IN 46216

HealthEquity
15 W. Scenic Pointe Dr., Ste 100
Draper, UT 84020

Heidi Ho Foods
7864 SE 15th Ave.
Portland, OR 97202

Heidi K Lovig
7864 SE 15th Ave.
Portland, OR 97202

Heritage Logistics Company, LLC
P.O. Box 301277
Portland, OR 97294

Higher Taste
P.O. Box 313
Gaston, OR 97119

Hygiena
1801 W Olympic Blvd
Pasadena, CA 91199-2007

Ideal Sales & Services Inc.
28642 S Hult Rd.
Beavercreek, OR 97004

IRS
PO Box 7346
Philadelphia, PA 19101-7346

IRS
Attn: Attorney General of United States
950 Pennsylvania Ave. NW
Washington, DC 20530

IRS
Attn: Civil Process Clerk U.S. Attorney,
1000 SW 3rd, #600
Portland, OR 97204

J & D Refrigerated Services
P.O. Box 1605
Clackamas, OR 97015

Kemin Nutrisurance
4017 Paysphere Circle
Chicago, IL 60674

Kendall Ford, Inc.
344 Goodpasture Island Rd.
Eugene, OR 97401

Kettle Cuisine
17711 NE Riverside Pkwy
Portland, OR 97230

KOOL PAK LLC, c/o Tab Bank
P.O. Box 150335
Ogden, UT 84415-0335

Lori Hendren
16946 SW Wilsonville Rd.
Wilsonville, OR 97070

Los Roast LLC
6635 N Baltimore Ave., Ste 40
Portland, OR 97203

LTS Sales
P.O. Box 29053
Washington, DC 20017

McIlhenny Company / Hael Sales
P.O. Box 679507
Dallas, TX 75267-9507

MedoSweet Farm , Inc
P.O. Box 749
Kent, WA 98035-0749

Meridian Scale
8702 South 222nd St
Kent, WA 98031

Merrick Garland, Atty General
950 Pennsylvania Ave., NW
Washington, DC 20530

Metal Fabrication
14305 SW Millikan Way
Beaverton, OR 97005

Metro Safety & Fire, Inc
P.O. Box 33650
Portland, OR 97292-3650

MN Certification , LLC
P.O. Box 7410296
Chicago, IL 60674-0296

Morasch's Meats
4050 NE 158th Ave.
Portland, OR 97230

Natalie Wight, U.S. Atty, Dist. of Oregon
1000 SW Third Ave.
Suite 600
Portland, OR 97204

Nates Fine Food
8880 Industrial Ave, Ste 100
Roseville, CA 95678

National Frozen Food
606 Oakesdale Ave SW, Ste C201
Renton, WA 98057

Nether Industries
1633 Commerce St
Enumclaw, WA 98022

Next Phase
4020 East Indian School Rd
Phoenix, AZ 85018

NorthWest Handling Systems
18008 NE Airport Way
Portland, OR 97230

ODR - Attn: Bankruptcy Unit
955 Center St NE
Salem, OR 97301

ODR c/o Ellen Rosenblum, Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301

Oregon Dept of Consumer & Business Affairs
c/o Ellen Rosenblum, Atty General
1162 Court St. NE
Salem, OR 97301-4096

Oregon Spice Company
5441 NE 148th Ave, Ste 101
Portland, OR 97230-3456

Oregon Tilth
P.O. Box 368
Corvallis, OR 97339

Orient Electric Inc
30532 SE Bluff Rd
Gresham, OR 97080

Pacific Coast Fruit Company
P.O. Box 1659
Portland, OR 97207

Pacific Food Distributors
P.O. Box 2810
Clackamas, OR 97015

Pak West Paper & Packaging
4042 W. Garry Ave
Santa Ana, CA 92704-6300

Penske
PO Box 7429
Pasadena, CA 91109-7429

PermaCold Engineering, Inc.
2945 NE Argyle St
Portland, OR 97211

Persing Professional Group, LLC
660 Sierra Rose Dr., Ste A
Reno, NV 89511

Platt Electric
P.O. Box 418759
Boston, MA 02241-8759

Platt Electric
10605 SW Allen Blvd.
Beaverton, OR 97005

Portland Industrial Owner LLC
10260 SW Greenburg Rd.
Suite 170
Portland, OR 97223

Regents Capital Corp.
3200 Bristol St., Ste. 400
Costa Mesa, CA 92626

Robert Slezak
16946 SW Wilsonville Rd.
Wilsonville, OR 97070

Ron Tonkin Toyota
PO Box 4102
Carol Stream, IL 60197-4102

Rose's Equipment & Supply, Inc.
207 SE Clay St
Portland, OR 97214

SAIF Corp.
2 Centerpointe Dr., Ste 400
Lake Oswego, OR 97035

Santiam Ice Company
17823 S. Nestle Ln
Oregon City, OR 97045

Semon Kharif
16946 SW Wilsonville Rd.
Wilsonville, OR 97070

Semya LLC
PO Box 301277
Portland, OR 97294

Sensitech
P.O. Box 742000
Los Angeles, CA 90074-2000

Shane Hendren
6433 SE Lake Rd.
Milwaukie, OR 97222

Silva Sausage
5935 Rossi Ln
Gilroy, CA 95020

Soup Bases Loaded
2355 E Francis St
Ontario, CA 91761

Southeastern Mills dba Summit HIll Foods
P.O. Box 743056
Atlanta, GA 30374-3056

SP Provisions
2331 NW 23rd Ave.
Portland, OR 97210

Speedy Septic
P.O. Box 297
Eagle Creek, OR 97022

Spice Jungle
10451 Northland Dr. NE
Rockford, MI 49341

Supherb Farms
P.O. Box 7739
San Francisco, CA 94120-7739

Sysco Portland , Inc.
P.O. Box 2210
Wilsonville, OR 97070

T.Marzetti Company
380 Polaris Pkwy, Ste. 400
Westerville, OH 43082

Tara Schleicher
121 SW Morrison St., 11th Floor
Portland, OR 97204

Taylor Made Labels
P.O. Box 1000 Dept. 148
Memphis, TN 38148-0148

TCI Business Capital
c/o NW Employment Solutions
P.O. Box 9149
Minneapolis, MN 55480-9149

The Huntington National Bank
1405 Xenium Lane North
PCC180
Minneapolis, MN 55441

Toyota Financial Services
P.O. Box 22171
Tempe, AZ 85285

Trouw Nutrition
115 Executive Dr
Highland, IL 62249

U.S. Small Business Administration
10737 Gateway West
El Paso, TX 79935

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

ULINE
P.O. Box 88741
Chicago, IL 60680-1741

USDA-Food Safety & Inspection Svc
P.O. Box 979001
St. Louis, MO 63197-9001

Victoria Pacific Trading Corp
12780 Schabarum Ave
Irwindale, CA 91706

Vita-Pakt Citrus Products Company
4825 Calloway Dr., Ste. 102
Bakersfield, CA 93312

Walter E Nelson Co.
5937 N. Cutter Circle
Portland, OR 97217

Washington State Dept. of Revenue
2101 4th Ave., Ste. 1400
Attn: Bankruptcy Unit
Seattle, WA 98121

Waste Management of Oregon
P.O. Box 541065
Los Angeles, CA 90054-1065

Wells Fargo Bank, NA
101 N. Phillips Ave.
Sioux Falls, SD 557104

Wells Fargo Equipment Finance, Inc.
600 South 4th St., 10th Floor
MAC N9300-100
Minneapolis, MN 55415

Wells Fargo Equipment Finance, Inc.
600 South 4th St., 10th Floor
Minneapolis, MN 55415

Wessco
211 NE Columbia Blvd
Portland, OR 97211

Wessco
211 NE Columbia Blvd.
Portland, OR 97211

Western Boxed Meat
2401 NE Argyle St.
Portland, OR 97211

Willis Marketing
4041 Ruston Way, Ste 201
Tacoma, WA 98402

Woodland Foods
3751 Sunset Ave.
Waukegan, IL 60087


Zions Bancorporation, N.A. dba The Commerce B
1 S. Main St.
Salt Lake City, UT 84133

United States Bankruptcy Court

District of Oregon

In re: Heritage Specialty Foods, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    06/23/2023

/s/ Shane Hendren
_____
Signature of Individual signing on behalf of debtor

President & CEO
_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of Oregon

**In re** Heritage Specialty Foods, LLC

Case No. _____

**Debtor**

Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_80,000.00_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_0.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.    Hourly fees as disclosed in firm's employment application

2. The source of the compensation paid to me was:

    ☐ Debtor         ☑ Other (specify)   Semya, LLC ($10,000); Semon Kharif ($20,000); remainder paid by Debtor

3. The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/23/2023

*Date*

/s/ Stephen Raher, 095625

*Signature of Attorney*

Leonard Law Group LLC

*Name of law firm*
4110 SE Hawthorne Blvd. PMB #506
Portland, OR 97214-5246

IN RE:                                                Case No._____

Heritage Specialty Foods, LLC
_____  Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Semon Kharif 6433 SE Lake Rd., Portland, OR 97222 | 28.59 | |
| Irina Kharif 6433 SE Lake Rd., Portland, OR 97222 | 16.09 | |
| Lori Hendren 6433 SE Lake Rd., Portland, OR 97222 | 44.68 | |
| Shane Hendren 6433 SE Lake Rd., Portland, OR 97222 | 5.32 | |
| Svetlana Slezak 6433 SE Lake Rd., Portland, OR 97222 | 5.32 | |