Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of ‎7/14/2023‎ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Heritage Specialty Foods, LLC holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Heritage Logistics Company, LLC | 80% | 1 |
| Semya, LLC | 38% | 2 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✗ _Shane Hendren_ |
|---|---|
| | Signature of Authorized Individual |
| | Shane Hendren |
| | Printed name of Authorized Individual |
| | Date ___07/17/23___ |
| | MM / DD / YYYY |

| For individual Debtors: | ✗ _____ | ✗ _____ |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | _____ | _____ |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

*In re Heritage Specialty Foods, LLC*

**Case No. 23-31368-pcm11 (Bankr. Dist. Or.)**

**Official Form 426**

**Tab 1**

**Heritage Logistics Company, LLC**

**Exhibit A: Financial Statements for Heritage Logistics Company, LLC**

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

**Exhibit A-1: Balance Sheet for Heritage Logistics Company, LLC as of 12/31/23 and 6/2023**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See attached

**Heritage Logistic Company**
**Balance Sheet**

| | FYE 2022 | June 2023 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| General Checking | $ (62,000) | $ 126,622 |
| Accounts Receivable | 2,029,045 | 1,135,524 |
| Inventory | 2,042,809 | 1,187,311 |
| Prepaid Expenses | 2,979 | (3,516) |
| Other Current Assets | 1,900 | 1,064 |
| **Total Current Assets** | 4,014,733 | 2,447,004 |
| **Noncurrent Assets** | | |
| Projects in Progress | 55,332 | 55,332 |
| Leasehold Improvements | 11,521 | 11,521 |
| Tenant Improvements | 1,103,794 | 1,103,794 |
| Office Furniture & Computer Equip | 48,220 | 50,219 |
| Warehouse Equip | 359,130 | 320,218 |
| Vehicles | 138,286 | 138,286 |
| Accum. Depreciation | (314,988) | (374,880) |
| **Total Property and Equipment** | 1,401,294 | 1,304,489 |
| **Other Noncurrent** | | |
| Deposits | 10,893 | 10,893 |
| Right of Use Asset | 6,283,040 | 5,994,580 |
| **Total Assets** | $ 11,709,960 | $ 9,756,966 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| **Current Liabilities** | | |
| Line of Credit | 1,456,332 | 679,615 |
| Current Portion LTD | 47,588 | 47,588 |
| Accounts Payable | 2,349,011 | 2,222,912 |
| Accrued Payroll & Benefits | (11,849) | (49,403) |
| Other Accrued Liabilities | 80,217 | 102,577 |
| Accrued Administrative Costs | 0 | 0 |
| **Total Current Liabilities** | 3,921,298 | 3,003,288 |
| **Long Term Debt** | | |
| Deferred Lease | 86,808 | 0 |
| Commerce Bank Loan | 998 | 998 |
| SBA EIDL Loan | 1,591,312 | 1,576,148 |
| Semya Note | 200,981 | 200,981 |
| Vehcile Loans | 9,395 | 5,717 |
| Lease Liability | 7,691,053 | 7,399,365 |
| **Total Long Term Debt** | 9,580,547 | 9,183,209 |
| **Total Liabilities** | 13,501,845 | 12,186,497 |
| **Equity** | | |
| Equity | 77,817 | 77,817 |
| Retained Earnings | (1,141,651) | (1,869,703) |
| Net Income | (728,052) | (637,645) |
| **Total Equity** | (1,791,886) | (2,429,531) |
| **Total Liabilities & Equity** | $ 11,709,960 | $ 9,756,966 |

Case 23-31368-pcm11   Doc 75   Filed 07/17/23

**Exhibit A-2: Statement of Income (*Loss*) for Heritage Logistics Company, LLC for period ending 12/2022 and 6/23**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


See attached

## Heritage Logistics Company
## Income Statement

| | FYE 2022 | June 2023 |
|---|---|---|
| **Revenue** | | |
| Products | $ 27,085,168 | $ 5,185,039 |
| Warehousing | 1,803,949 | 452,985 |
| Discounts/Rebates/Allowances | (31,413) | (13,788) |
| Other Gross Revenue | 60,720 | 25,671 |
| **Revenue, net** | 28,918,424 | 5,649,908 |
| **Cost of Goods Sold** | | |
| Products | 25,459,981 | 5,018,263 |
| Payroll,taxes & Benefits | 1,560,470 | 393,680 |
| Truck Expense | 433,101 | 95,154 |
| Equipment Expense | 263,291 | 107,389 |
| Warehouse Supplies | 74,295 | 23,873 |
| Other Cost of Goods Sold | 2,181 | (86) |
| **Total Cost of Sales** | 27,793,319 | 5,638,273 |
| **Gross Profit** | 1,125,105 | 11,635 |
| **Selling, General & Administrative** | | |
| Management Fees | 150,988 | 52,000 |
| Rent | 562,389 | 151,605 |
| Utilities | 172,208 | 64,824 |
| Auto Expense | 88,723 | 29,262 |
| Insurance Expense | 45,585 | 11,786 |
| Dues, Supscriptions, Licenses | 2,762 | 350 |
| Sales and Travel Expense | 27,583 | 19,580 |
| Professional Fees | 6,639 | 8,045 |
| Computer/IT | 91,965 | 35,106 |
| Property (Local) Tax Expense | 135,068 | 28,596 |
| Other Expenses | 418,255 | 48,580 |
| **Total Selling, General & Administrative** | 1,702,166 | 449,735 |
| **EBITDA** | (577,061) | (438,100) |
| Depreciation Expense | 82,834 | 74,447 |
| Amortization Expense | - | - |
| Interest Expense | 64,175 | 138,307 |
| (Gain)/Loss on Non Operating | 3,982 | (13,208) |
| **Total Other (Income)/Expense** | 150,991 | 199,546 |
| **Net Income/(Loss)** | $ (728,052) | $ (637,645) |

**Exhibit A-3: Statement of Cash Flows for** Heritage Logistics Company, LLC **for period ending 12/22 and 6/23**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


See attached

**Heritage Logistic Company**
**Statement of Cash Flows**

| | | FYE 2022 | June 2023 |
|---|---|---:|---:|
| **Net Income (Loss)** | $ | (728,052) | $ (637,645) |
| **Non Cash items included in Net Income** | | | |
| Depreciation | | 82,834 | 74,447 |
| **Changes in Operating Assets & Liabilities** | | | |
| (Increase) Decrease in Accounts Receivable, net | | (514,421) | 893,521 |
| (Increase) Decrease in Inventory,net | | (749,575) | 855,498 |
| (Increase) Decrease in Prepaid Expense | | (2,979) | 6,495 |
| Increase (Decrease) in Other Current Assets | | (1,850) | 836 |
| Increase (Decrease) in Accounts Payable | | 376,267 | (126,100) |
| Increase (Decrease) in Accrued Payroll and Related | | (6,644) | (37,553) |
| Increase (Decrease) in Accrued Expenses | | 68,298 | 22,360 |
| Net Cash Provided (Used) by Operations | | (1,476,122) | 1,051,859 |
| **Cash Flows from Investing Activities** | | | |
| (Increase)/Decrease in Fixed Assets | | (1,207,325) | 22,358 |
| (Increase) Decrease in Other Assets | | (6,283,040) | 288,460 |
| Net Cash Provided (Used) by Investing Activities | | (7,490,365) | 310,818 |
| **Cash Flows from Financing Activities** | | | |
| Net Borrowings (Paydowns) on LOC | | (18,815) | (776,717) |
| Net Borrowings (Paydowns) on Deferred Lease | | 54,443 | (86,808) |
| Net Borrowings (Paydowns) on Commerce Loan | | (5,385) | - |
| Net Borrowings (Paydowns) on SBA | | 1,139,000 | (15,164) |
| Net Borrowings (Paydowns) on Semya | | - | - |
| Net Borrowings (Paydowns) on Vehicle | | (8,232) | (3,678) |
| Net Borrowings (Paydowns) on Lease | | 7,691,053 | (291,688) |
| Net Borrowings (Paydowns) on Equity | | - | - |
| Net cash flow provided by Financing Activities | | 8,852,064 | (1,174,055) |
| **Increase (Decrease) in Cash** | | (114,422) | 188,621 |
| **Beginning Cash** | | 52,423 | (62,000) |
| **Ending Cash** | $ | (62,000) | $ 126,622 |

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Heritage Logistics Company, LLC for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]


See balance sheet

**Exhibit B: Description of Operations for Heritage Logistics Company, LLC**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Heritage Logistics Company, LLC ("HLC") was a distribution company providing customers with refrigerated deliveries, storage for frozen and chilled goods, as well as all-inclusive warehousing services such as inventory fulfillment, repalletizing, staging and shipping.

HLC was initially established to provide the Debtor's customers with better distribution services. The Debtor invested $80,000 for an 80% ownership in the company.  Over time, HLC grew into a full-fledged distributor and found itself competing with much larger operations. Despite investment and support from the Debtor and its family owners, HLC's small size made its business model unviable.

HLC ceased day to day operations effective April 10th, 2023, and is continuing its efforts for orderly wind down.

The source of this information are personnel and records of both the Debtor and HLC.

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

HLC has no known claims against any other Controlled Non-Debtor Entity.

The sources of this information are the personnel and records of the Debtor, HLC, and Semya, LLC.

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

There are no allocation agreements between Heritage Logistics Company and any other Controlled Non-Debtor Entity.

The source of this information are personnel and records of both the Debtor and HLC.

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

No payments otherwise payable by the Debtor have been paid by the Controlled Non-Debtor Entity.

The source of this information are personnel and records of both the Debtor and HLC.

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

*In re Heritage Specialty Foods, LLC*
**Case No. 23-31368-pcm11 (Bankr. Dist. Or.)**

**Official Form 426**
**Tab 2**
**Semya, LLC**

**Exhibit A: Financial Statements for Semya, LLC**

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

**Exhibit A-1: Balance Sheet for Semya, LLC as of December 31, 2022 and July 2, 2023**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See attached

**ASSETS**

  **Current Assets**

    **Checking/Savings**

| | |
|---|---|
| 10150 · Commerce Bank - Checking | 187,478.12 |
| **Total Checking/Savings** | 187,478.12 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 29,366.42 |
| **Total Accounts Receivable** | 29,366.42 |
| **Other Current Assets** | |
| 12200 · Prepaid Expense | 1,043.00 |
| 13000 · Loan - HSF | 3,439,396.15 |
| 14000 · Loan HLC | 200,981.00 |
| **Total Other Current Assets** | 3,641,420.15 |
| **Total Current Assets** | 3,858,264.69 |
| **Fixed Assets** | |
| 15000 · Equipment - HSF | 33,474.94 |
| 15100 · Leasehold Improvements | 194,886.78 |
| 16000 · Equipment Lease -HSF | 52,320.05 |
| 17000 · Accumulated Depreciation | 7,292.78 |
| **Total Fixed Assets** | 287,974.55 |
| **Other Assets** | |
| **Pre-Paid Rent** | -20,000.00 |
| **Total Other Assets** | -20,000.00 |
| **TOTAL ASSETS** | **4,126,239.24** |

**LIABILITIES & EQUITY**

  **Liabilities**

    **Current Liabilities**

      **Accounts Payable**

| | |
|---|---|
| 20000 · Accounts Payable | 21,401.84 |
| **Total Accounts Payable** | 21,401.84 |
| **Total Current Liabilities** | 21,401.84 |
| **Long Term Liabilities** | |
| 28110 · TCB  Loan - 9004 | 6,681.62 |
| 28120 · TCB Loan - Equipment 9005 | 242,314.48 |
| **Total Long Term Liabilities** | 248,996.10 |
| **Total Liabilities** | 270,397.94 |
| **Equity** | |
| 30000 · Members Capital | |
| 30010 · Member Draws - Semon&Irina | -61,000.00 |
| 30050 · Member  Capital - Semon&Irina | 1,010,221.50 |
| 30110 · Member Draws - HSF | -43,000.00 |
| 30150 · Member Capital - HSF | 797,862.45 |
| Total 30000 · Members Capital | 1,704,083.95 |
| 32000 · Retained Earnings | -145,938.64 |
| Net Income | 2,297,695.99 |
| **Total Equity** | 3,855,841.30 |
| **TOTAL LIABILITIES & EQUITY** | **4,126,239.24** |

**Semya, LLC**

**Balance Sheet**

**As of July 2, 2023**

6:00 PM

07/10/2023

Accrual Basis

|  | Jul 2, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10150 · Commerce Bank - Checking | 15,175.36 |
| **Total Checking/Savings** | 15,175.36 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 114,248.65 |
| **Total Accounts Receivable** | 114,248.65 |
| **Other Current Assets** | |
| 12200 · Prepaid Expense | 1,043.00 |
| 13000 · Loan - HSF | 3,439,396.15 |
| 14000 · Loan HLC | 200,981.00 |
| **Total Other Current Assets** | 3,641,420.15 |
| **Total Current Assets** | 3,770,844.16 |
| **Fixed Assets** | |
| 15000 · Equipment - HSF | 33,474.94 |
| 15100 · Leasehold Improvements | 344,886.78 |
| 16000 · Equipment Lease -HSF | 52,320.05 |
| 17000 · Accumulated Depreciation | 7,292.78 |
| **Total Fixed Assets** | 437,974.55 |
| **Other Assets** | |
| **Pre-Paid Rent** | -20,000.00 |
| **Total Other Assets** | -20,000.00 |
| **TOTAL ASSETS** | **4,188,818.71** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | -60,595.56 |
| **Total Accounts Payable** | -60,595.56 |
| **Other Current Liabilities** | |
| 27000 · Member Loan | 25,000.00 |
| **Total Other Current Liabilities** | 25,000.00 |
| **Total Current Liabilities** | -35,595.56 |
| **Long Term Liabilities** | |
| 28110 · TCB  Loan - 9004 | 6,681.62 |
| 28120 · TCB Loan - Equipment 9005 | 207,066.69 |
| **Total Long Term Liabilities** | 213,748.31 |
| **Total Liabilities** | 178,152.75 |
| **Equity** | |
| 30000 · Members Capital | |
| 30010 · Member Draws - Semon&Irina | -78,000.00 |
| 30050 · Member  Capital - Semon&Irina | 1,010,221.50 |
| 30110 · Member Draws - HSF | -43,000.00 |
| 30150 · Member Capital - HSF | 797,862.45 |
| **Total 30000 · Members Capital** | 1,687,083.95 |
| 32000 · Retained Earnings | 2,151,757.35 |
| **Net Income** | 171,824.66 |
| **Total Equity** | 4,010,665.96 |
| **TOTAL LIABILITIES & EQUITY** | **4,188,818.71** |

**Exhibit A-2: Statement of Income (*Loss*) for Semya, LLC for January through December 2022 & pd ending June 2023**

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


  See attached

# Profit & Loss

**January through December 2022**

| | |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income - HSF | 170,238.19 |
| 47450 · NNN Revenue | 4,959.58 |
| 47500 · Soup Sales - Sandy | 1,789.29 |
| 47600 · Interest Income | 92,793.59 |
| **Total Income** | 269,780.65 |
| **Gross Profit** | 269,780.65 |
| **Expense** | |
| 62100 · Guaranteed Payments - Semon | 105,000.00 |
| 67000 · Depreciation Expense | 10,637.93 |
| 68400 · Travel Expense | 17,128.58 |
| 70000 · Rent Expense | 156,228.99 |
| 71000 · Repair and Maintanance | 307,140.48 |
| 74200 · Professional Fees | 22,130.25 |
| 75000 · Legal Fees | 49,696.42 |
| 85000 · Taxes - Property | -27,809.50 |
| 85200 · Interest Expense | 35,151.28 |
| 85300 · Bank Service Charges | 346.70 |
| **Total Expense** | 675,651.13 |
| **Net Ordinary Income** | -405,870.48 |
| **Other Income/Expense** | |
| **Other Income** | |
| 47800 · Gain/Loss on Sale of Asset | 2,703,566.47 |
| **Total Other Income** | 2,703,566.47 |
| **Net Other Income** | 2,703,566.47 |
| **Net Income** | **2,297,695.99** |

**Semya, LLC**

**Profit & Loss**

**January through June 2023**

3:03 PM

07/14/2023

**Accrual Basis**

| | Jan - Jun 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47600 · Interest Income | 206,882.23 |
| **Total Income** | 206,882.23 |
| **Gross Profit** | 206,882.23 |
| **Expense** | |
| 62100 · Guaranteed Payments - Semon | 35,000.00 |
| 68400 · Travel Expense | 3,501.68 |
| 71000 · Repair and Maintanance | 11,511.24 |
| 74200 · Professional Fees | 10,000.00 |
| 75000 · Legal Fees | 7,127.44 |
| 85000 · Taxes - Property | 150.00 |
| 85200 · Interest Expense | -32,382.89 |
| 85300 · Bank Service Charges | 150.10 |
| **Total Expense** | 35,057.57 |
| **Net Ordinary Income** | 171,824.66 |
| **Net Income** | 171,824.66 |

**Exhibit A-3: Statement of Cash Flows for** Semya, LLC **for January through December 2022 & pd ending June 2023**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See attached

Case 23-31368-pcm11    Doc 75    Filed 07/17/23

**Semya, LLC**

# Statement of Cash Flows

**January through December 2022**

4:00 PM

07/11/2023

|  | Jan - Dec 22 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 2,297,695.99 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | 85,475.59 |
| 13000 · Loan - HSF | -2,836,860.61 |
| 20000 · Accounts Payable | 22,937.34 |
| **Net cash provided by Operating Activities** | -430,751.69 |
| **INVESTING ACTIVITIES** | |
| 15100 · Leasehold Improvements | 88,756.00 |
| 15200 · Land - Boberg | 408,000.00 |
| 15300 · Building - Boberg | 1,292,000.00 |
| 15400 · Building - Sandy | 895,000.00 |
| 17000 · Accumulated Depreciation | -285,006.22 |
| **Net cash provided by Investing Activities** | 2,398,749.78 |
| **FINANCING ACTIVITIES** | |
| 28110 · TCB  Loan - 9004 | -1,866,565.40 |
| 28120 · TCB Loan - Equipment 9005 | -68,307.26 |
| 30000 · Members Capital:30110 · Member Draws - HSF | -9,000.00 |
| **Net cash provided by Financing Activities** | -1,943,872.66 |
| **Net cash increase for period** | 24,125.43 |
| **Cash at beginning of period** | 163,352.69 |
| **Cash at end of period** | 187,478.12 |

## Semya, LLC
# Statement of Cash Flows
### January through June 2023

|  | Jan - Jun 23 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 171,824.66 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 11000 · Accounts Receivable | -84,882.23 |
| 20000 · Accounts Payable | -81,997.40 |
| 27000 · Member Loan | 25,000.00 |
| **Net cash provided by Operating Activities** | 29,945.03 |
| **INVESTING ACTIVITIES** |  |
| 15100 · Leasehold Improvements | -150,000.00 |
| **Net cash provided by Investing Activities** | -150,000.00 |
| **FINANCING ACTIVITIES** |  |
| 28120 · TCB Loan - Equipment 9005 | -35,247.79 |
| 30000 · Members Capital:30010 · Member Draws - Semon&Irina | -17,000.00 |
| **Net cash provided by Financing Activities** | -52,247.79 |
| **Net cash increase for period** | -172,302.76 |
| **Cash at beginning of period** | 187,478.12 |
| **Cash at end of period** | 15,175.36 |

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Semya, LLC
for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


See balance sheets provided previously

## Exhibit B: Description of Operations for Semya, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Semya LLC was established in 2019 as a real estate holding company helping manage two properties that the Debtor operated out of (NE Sandy Blvd location was owned by Semon and Irina Kharif, while SW Boberg Rd building was owned by the Debtor). With the onset of the Covid 19 Pandemic, the Debtor downsized to a single location, which allowed Semya to lease out its SW Boberg Rd facility to an outside party.

In 2020 and 2021, Semya loaned money to the Debtor for leasehold improvements at the NE Sandy Blvd location to help increase manufacturing capacity as the company continued to grow with their customers:

6/29/2020: $500,000 loan for research & development kitchen at Sandy Blvd.

7/21/2021: $100,000 loan for fall 2021 capacity

In 2021 the families that own the Debtor decided to sell the production facility and other business-related property and enter into a long-term lease for a much larger space in Milwaukie, Oregon that could accommodate all of the business activities.

Semya loaned proceeds from the sale of the 2 buildings to Heritage Specialty Foods to be used in investment in leasehold improvements:

9/28/2022: $2,281,128.07 loan for buildout of Milwaukie facility

11/25/2022: $555,732.54 loan for buildout of Milwaukie facility

The Debtor holds a 38% membership interest in Semya, with Semon and Irina Kharif each holding 31% membership interests.

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]


Semya has no known claims against any other Controlled Non-Debtor Entity.

The sources of this information are the personnel and records of the Debtor, HLC, and Semya, LLC.

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]


There are no allocation agreements between Semya and any other Controlled Non-Debtor Entity.

The source of this information are personnel and records of both the Debtor and Semya.

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Semya LLC paid Leonard Law Group LLC (the Debtor's general bankruptcy counsel) a retainer of $10,000 as already disclosed in counsel's employment application (ECF No. 9).

Case 23-31368-pcm11     Doc 75     Filed 07/17/23