

U.S. Department of Justice

Office of the United States Trustee

District of Oregon

700 Stewart Street, Suite 5103　　　　　　　　Main　(206) 553-2558
Seattle, WA 98101　　　　　　　　　　　　　　Fax　 (503) 326-7658

Email:　Kathryn.Evans@usdoj.gov

July 28, 2023

Judge Peter C. McKittrick
1050 SW 6th Ave #700
Portland, OR 97204
(503) 326-1500

　　　　　Re:　Heritage Specialty Foods, Case No. 23-31368-pcm11

Dear Judge McKittrick,

　　At the last status conference the Court indicated that if no further issues remained for the United States Trustee, the undersigned should let the Court know and the continued status conference set for August 9, 2023 at 11:30 would be removed from the calendar. As of the date of the filing of this correspondence, the United States Trustee was able to amicably resolve all outstanding issues with the Debtor and therefore no continued status conference is needed from the United States Trustee's perspective.

Sincerely,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

Kathryn Evans
Trial Attorney for the United States Trustee